## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ell Jr, Eddie L                      | Case Number:  07 B 05129
                                                  | Judge:  Squires, John H
            Printed:  11/20/07                    | Filed:  3/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  September 26, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                  | Receipts | Disbursements |
|------------------|----------|---------------|
|                  | 3,232.00 |               |
| Secured:         |          | 0.00          |
| Unsecured:       |          | 0.00          |
| Priority:        |          | 0.00          |
| Administrative:  |          | 0.00          |
| Trustee Fee:     |          | 0.00          |
| Other Funds:     |          | 3,232.00      |
| Totals:          | 3,232.00 | 3,232.00      |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AMC Mortgage Services Inc | Secured | 106,677.00 | 0.00 |
| 2. | Internal Revenue Service | Priority | 10,344.70 | 0.00 |
| 3. | Capital One | Unsecured | 182.97 | 0.00 |
| 4. | Capital One | Unsecured | 122.62 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 67.27 | 0.00 |
| 6. | B-Real LLC | Unsecured | 297.41 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 20.59 | 0.00 |
| 8. | B-Real LLC | Unsecured | 459.82 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 42.21 | 0.00 |
| 10. | B-Real LLC | Unsecured | 886.82 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 107.97 | 0.00 |
| 12. | Bank Calumet | Unsecured | 360.37 | 0.00 |
| 13. | Worldwide Asset Purchasing LLC | Unsecured | 886.82 | 0.00 |
| 14. | Worldwide Asset Purchasing LLC | Unsecured | 297.41 | 0.00 |
| 15. | American Express Centurion | Unsecured | 202.64 | 0.00 |
| 16. | Worldwide Asset Purchasing LLC | Unsecured | 459.82 | 0.00 |
| 17. | American Express Travel Relate | Unsecured | 57.03 | 0.00 |
| 18. | AMC Mortgage Services Inc | Unsecured | 4,781.03 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 436.84 | 0.00 |
| 20. | LVNV Funding | Unsecured | 189.31 | 0.00 |
| 21. | AmeriCash Loans, LLC | Unsecured | 345.22 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 104.48 | 0.00 |
| 23. | Verizon Wireless | Unsecured | 13.14 | 0.00 |
| 24. | Westgate Resorts Ltd | Secured | | No Claim Filed |
| 25. | Nissan Motor Acceptance Corporation | Secured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ell Jr, Eddie L

Printed:  11/20/07

Case Number:  07 B 05129

Judge:  Squires, John H

Filed:  3/22/07

| | | | |
|---|---|---|---|
| 26. | Bp Oil/Citibank | Unsecured | No Claim Filed |
| 27. | Advocate Christ Hospital | Unsecured | No Claim Filed |
| 28. | Associates/Citibank | Unsecured | No Claim Filed |
| 29. | Wow Internet | Unsecured | No Claim Filed |
| 30. | CB USA Sears | Unsecured | No Claim Filed |
| 31. | Bank One | Unsecured | No Claim Filed |
| 32. | Exxon Mobil | Unsecured | No Claim Filed |
| 33. | Sherman Acquisition | Unsecured | No Claim Filed |
| 34. | Fingerhut | Unsecured | No Claim Filed |
| 35. | First Premier Bank | Unsecured | No Claim Filed |
| 36. | Midland Credit Management | Unsecured | No Claim Filed |
| 37. | Fleet Credit Card Service | Unsecured | No Claim Filed |
| 38. | Hsbc Nv | Unsecured | No Claim Filed |
| 39. | Dell Financial Services, Inc | Unsecured | No Claim Filed |
| 40. | JC Penney Corporation Inc | Unsecured | No Claim Filed |
| 41. | HSBC Bank USA | Unsecured | No Claim Filed |
| 42. | Ingalls Memorial Hospital | Unsecured | No Claim Filed |
| 43. | JC Penney Corporation Inc | Unsecured | No Claim Filed |
| 44. | Major Financial Corp | Unsecured | No Claim Filed |
| 45. | Monogram Bank | Unsecured | No Claim Filed |
| 46. | Kohl's/Kohl's Dept Stores | Unsecured | No Claim Filed |
| 47. | Nicor Gas | Unsecured | No Claim Filed |
| 48. | Marshall Field & Company | Unsecured | No Claim Filed |
| 49. | Shell Citibank | Unsecured | No Claim Filed |
| 50. | Rnb Fields3 | Unsecured | No Claim Filed |
| 51. | Payday Loan | Unsecured | No Claim Filed |
| 52. | Primary Healthcare Associates | Unsecured | No Claim Filed |
| 53. | MBNA America | Unsecured | No Claim Filed |
| 54. | Hsbc Nv | Unsecured | No Claim Filed |
| 55. | Sprint | Unsecured | No Claim Filed |
| 56. | US Bank | Unsecured | No Claim Filed |
| 57. | Washml/Prov | Unsecured | No Claim Filed |
| 58. | Wells Fargo Fin Acceptance | Unsecured | No Claim Filed |
| 59. | WF FNB/VS | Unsecured | No Claim Filed |

$ 127,343.49                                  $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

4                                                                                          Page 3

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ell Jr, Eddie L                          Case Number:  07 B 05129

                                                     Judge:  Squires, John H

            Printed:  11/20/07                       Filed:  3/22/07


Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by: